UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

ERNEST JOHNSON                          :

                  Plaintiff(s)          :        **JUDGMENT**
        (vs)
                                        :        Civil #09-01778 (RBK)

BAYSIDE STATE PRISON, ET AL.            :

                                        :
                  Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court

having found on November 12, 2009, and no timely objection having been filed,

IT IS, on this 9th day of February, 2010

ORDERED that the report of Hon. John W. Bissell dated November 12, 2009

is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants**

**Bayside State Prison, et al.** and against **plaintiff Ernest Johnson.**


HON. ROBERT B. KUGLER, U.S.D.J.